THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN M. DUNN, ANDREW SHERIDAN, alias ANDREW THOMAS, and DANIEL GENTILE, alias DANNY BROOKS, Appellants.

Argued June 3, 1948; decided July 16, 1948.

565

*Henry Epstein, Hyman Barshay* and *Beatrice Kastenbaum* for John M. Dunn, appellant.

*Samuel Bader* and *David L. Malbin* for Andrew Sheridan, appellant.

*Harry G. Anderson* and *Vincent Tese* for Daniel Gentile, appellant.

*Frank S. Hogan*, District Attorney (*Whitman Knapp* and *William Hoppen* of counsel), for respondent.

Judgments of conviction affirmed; no opinion. [See 298 N. Y. 706, 865, 929.]

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER, DYE and FULD, JJ. Taking no part: CONWAY, J.